This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-37706**

**ROSSANA CONLEY,**

Plaintiff-Appellant,

v.

**DEPUTY JAMAR COTTON, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DOÑA ANA,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**James T. Martin, District Judge**

The Pickett Law Firm
Mark L. Pickett
Las Cruces, NM

for Appellant

Holt Mynatt Martinez P.C.
Damian L. Martinez
Las Cruces, NM

for Appellees

### MEMORANDUM OPINION

**HANISEE, Judge.**

**{1}** Plaintiff appeals from the district court's order granting summary judgment in favor of Defendant and dismissing Plaintiff's complaint with prejudice. We issued a notice of proposed summary disposition, proposing to reverse on grounds that Plaintiff presented a material factual dispute relative to her claim of abuse of process under the

procedural impropriety theory. Plaintiff has filed a memorandum in support. Defendant has not filed any response to our notice, and the time for doing so has expired. "Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice" *Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287.

**{2}** For the reasons set forth in our notice, we reverse the district court's order of summary judgment and remand for further proceedings.

**{3}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**BRIANA H. ZAMORA, Judge**

**ZACHARY A. IVES, Judge**